ment Security; *Irving J. Bilgor,* Counsel for Board of Review, for respondents.

M. P. No. 76-354. LUCILLE T. LONGO *v.* ANTHONY E. LONGO. Petition for certiorari denied. *Laurent C. Bilodeau,* for plaintiff-respondent. *Aram K. Berberian,* for defendant-petitioner.

M. P. No. 76-374. GAIL R. BROWN *v.* ALBERT H. BROWN. Motion of Gail R. Brown that she be allowed to file her memorandum in opposition to petition for certiorari at the same time as she files her brief in the appeal of *Brown* v. *Brown,* 76-307-A, is granted. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Lynette Labinger,* for plaintiff-respondent. *Hinckley, Allen, Salisbury & Parsons, Paul A. Silver, Howard E. Walker,* for defendant-petitioner.

C. A. No. 75-236. STATE *v.* JOHN E. VARGUS. Motion of defendant to amend granted. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Richard M. Casparian, Bruce G. Pollock,* Asst. Public Defenders, for defendant.

C. A. No. 76-125. STATE *v.* EMIL CARSETTI. Motion of state to affirm judgment below pursuant to Rule 16(g) is denied. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

APPEAL No. 73-322. BERNARD McCAUGHEY *v.* GEIGY CHEMICAL CORPORATION. Motion of petitioner to reconsider denied without prejudice. *Vincent F. Kane,* for petitioner. *Francis V. Reynolds, Bernard W. Boyer,* for respondent.

APPEAL No. 76-153. POLICE DEPARTMENT OF THE TOWN OF TIVERTON, FRATERNAL ORDER OF POLICE, LODGE #23 *v.* TOWN OF TIVERTON *et al.* Motion for stay of the arbitration award is denied without prejudice to renewing said motion in the case of *Town of Tiverton* v. *Fraternal Order of Police, Lodge #23,*